UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-61338-CIV-GOLD

FIRST TENNESSEE BANK
NATIONAL ASSOCIATION,

        Plaintiff,

vs.

M/Y RUTHIE, Official No. 1173138,
*in rem*, and her owner ROBERT
WILLIAMS, JR., *in personam*,

        Defendants.
_____/

<u>ORDER GRANTING MOTION FOR INTERLOCUTORY SALE OF M/V RUTHIE [DE 12]</u>

      THIS CAUSE is before the Court upon First Tennessee Bank National Association's Motion for Interlocutory Sale of M/V Ruthie [DE 12].

      In accordance with Rule E(9)(b) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, the sale of the M/V RUTHIE, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., shall take place at the date and time to be determined by the United States Marshals Service in the lobby of the Broward County Courthouse, (Main Lobby), 201 Southeast 6th Street, Fort Lauderdale, Florida 33301.

      The United States Marshal shall publish notice of this interlocutory sale in accordance with the specific time provisions of Local Admiralty Rule E(16)(2). The Marshal is directed to give notice of the public sale by advertisement in accordance with Local Admiralty Rule E(16)(1), to show the time, place, and manner in which the sale of the vessel will be conducted. The Marshal shall specify in its publication (1) where the

sale will be conducted; (2) when the vessel will be available for inspection; (3) the amount of the deposit required to purchase the vessel and time frame to pay the remainder of the purchase balance; and (4) the form of payment. In accordance with Local Admiralty Rule 16(2), publication of the notice of sale shall be made at least twice; the first publication shall be at least one calendar week prior to the date of the sale, and the second at least three calendar days prior to the date of the sale.

The Untied States Marshal/Substitute Custodian, upon the request of an interested person and at such potential bidder's expense, shall grant permission to said person or his representative to visit, board, inspect, examine, and survey the M/V RUTHIE, her engines, boilers, tackle equipment, apparel appurtenances, etc., during the daylight hours of any day between the date thereof and the date of the sale, provided that the same shall be done at the sole expense and risk of any said person or his representative.

The successful and highest bidder for the vessel at the sale shall, on the date of the sale and within the time allowed by the United States Marshal, deliver to the United States Marshal at least ten percent (10%) of the amount bid for the vessel, said deposit to be by cash, cashier's check, or certified check drawn on a local bank. The balance of the purchase price shall be paid in full within three business days of the sale, and the balance likewise shall be paid by cash, cashier's check, or certified check drawn on a local bank. If an objection is filed within those three days, the buyer must defer payment of the balance until the sale is confirmed. If any bidder should fail to pay into the Court the full balance of the purchase price due within three business days of the sale, then the

deposit shall be forfeited to be treated as additional proceeds at the sale, and the Court may accept the second bid or order a new sale. If the sale should not be confirmed, the United States Marshal shall return all monies to the highest bidder immediately after rejection of the bid by the Court. There shall be no minimum bid, and the Marshal shall begin the bidding by asking the qualified bidders for an opening bid.

Any and all objections to the sale must be in writing and must be filed with the Clerk of the Court and the Marshal by the close of business on the third day following the sale, excluding Saturdays, Sundays, and legal holidays. Objections shall be accompanied by a cost deposit of seven days of estimated expenses of custody.

The Marshal is directed to comply with the post-sale procedures set forth in Local Admiralty Rule E(17). After this Court has confirmed a sale pursuant to this Order, the United States Marshal shall deliver a bill of sale of the M/V RUTHIE, her engines, boilers, tackle, equipment, apparel, appurtenances, *etc.,* to the confirmed purchaser and the M/V RUTHIE, her engines, boilers, tackle, equipment, apparel, appurtenances, *etc.,* shall be conveyed by the United States Marshal "as is, where is," free and clear of all liens and encumbrances.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of October, 2008.

_____
THE HONORABLE ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
All counsel of record
U.S. Marshall

Robert Williams, Jr. [From Chambers via U.S. Mail]
17 W. Pontotoc
Memphis, TN 38103